# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FURTHER STATUS REPORT ORDER

February 7, 2023

*By the Court*:

| | |
|---|---|
| No. 16-3508 | ROBERT FLETCHER, et al., <br>                       Plaintiffs - Appellees <br><br> v. <br><br> PETER DOIG, <br>                       Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:13-cv-03270 <br> Northern District of Illinois, Eastern Division <br> District Judge Gary Feinerman ||

The following is before the court: **STATUS REPORT**, filed on February 6, 2023, by counsel for the appellant.

This appeal will continue to be suspended pending resolution by the district court of plaintiffs' motion to amend.

**IT IS ORDERED** that appellant Peter Doig shall file a further status report within seven days of a ruling by the district court or by April 7, 2023, if the motion to amend remains pending.

form name: **c7_FurtherStatusReportOrder**     (form ID: **131**)